Calcasieu Correctional Center
John Oliver Francois #1584305
5410 East Broad Street
Lake Charles, LA 70615

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 0 8 2025

DANIEL J. McCOY, CLERK
BY: _____ A·S



BATON ROUGE LA 707
7 MAY 2025 AM 3 L
Uncensored Inmate Correspondence
Correctional Facility
Not Responsible for Content

X-RAYED

United States District Court
To: Clerk Of Court
611 Broad Street
Lake Charles, LA 70601

70601-438038
★Legal Mail★