Dated: May 15, 2025        Claim #: 2:25-cv-00658?
To: Judge In regards to John Oliver Francois' claims and the Illegal Detention Claim # is unknown
Subject: This facility refuses to give paper to offenders regarding their legal mail. Intentionally depriving the rights of pretrial detainees. Note: One of the Officers I sued (Supervisor H. Howard) was monitoring calls today at 4:45pm-4:55pm and was hanging up my calls when I was talking/explaining to Ms. Alicia the illegal paper policy here.

Good morning Your Honor,

I am John Oliver Francois, the Plaintiff in 2 claims before this Honorable Court. I am writing you [the Judge] because I spoke with Ms. Alicia, the clerk of court about the 1983 forms and Application to leave to Proceed In Forma Pauperis. My second claim sums up the reason I am unable to recieve my legal mail (forms, applications, ect.) from any local, state, or federal agency or dept. at this facility. I found a template for the application and attempted to forward it to the Trust Fund dept. here after making a handwritten copy of it. The guard named Corpal Glover returned it and stated "Don't send no fucking more claims". At that time I only had grievances pending so I assume he was talking about those. Moving on, this facility will recieve my legal mail and scan it onto Smart Communications system and then shred it per unconstitutional policy. So any mail your courts sends for me to fill out or file correctly will be handled in the manner described. There isn't any PDF format or other way for me to get the documents, forms, or applications you might send to me in a paper form (hard copy). Also, you will have to order these officials/staff of Calcasieu Correctional Center to print and send you copies of the following documents as exhibits because they have and will continue to deny giving it to me. The officers of this facility are intentionally and with evil motive depriving me and the rest of the offenders of our rights under the US Constitution and Louisiana's Constitutions as well. I do not know how to make this stop, but I am doing all that I can because it is wrong and I am an innocent man and pro se self-represented defendant in my criminal case.   Sincerely, John O. F...

Exhibiting Documents To Request By Reference #:
    Grievance #: 23,884,104   Date: 3/31/25
        #: 24,342,393   5/02/25
        #: 24,454,621   5/09/25
        #: 24,532,240   5/14/25
        # 24,535,656   5/14/25

Inmate Request #: 23,779,007   3/24/25
        23,817,676   3/26/25
        24,221,778   4/24/25
        24,277,719   4/28/25

## IFP Info:

I am indigent, my current account balance is $16.00. I do not own a home, car, or property. I have been unemployed since 2019, working on cars and music instrumentals on and of for the last 2 years since my release from prison. I have no cash or assets. I just had a new daughter on Nov. 23, 2024 please help with this matter before you. They are purposefully and deliberately doing this. Pure evil!!!