# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

JOHN OLIVER FRANCOIS            DOCKET NO. 2:25-cv-00658

VERSUS            JUDGE JAMES D. CAIN, JR.

G. MATTE, ET AL            MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the request for preliminary injunction contained within the Complaint [Doc. 9] be DENIED and the request for permanent injunction be DENIED at this time as premature, pending initial review on the merits.

**THUS DONE AND SIGNED** in chambers this 6th day of April, 2026.

                 JAMES D. CAIN, JR
            UNITED STATES DISTRICT JUDGE