UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JOHN OLIVER FRANCOIS** | **DOCKET NO. 2:25-cv-0658**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **G. MATTE, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Before the court is a Report and Recommendation [Doc. 43] of the Magistrate Judge, recommending that *pro se* plaintiff John Oliver Francois's Motion to Supplement Complaint [Doc. 37], Motion for Preliminary and Permanent Injunction [Doc. 39], and Motion for Right-To-Know [doc. 40] be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Motion to Supplement Complaint [Doc. 37] is **DENIED WIHTOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary and Permanent Injunction [Doc. 39] is **DENIED** as premature.

**IT IS FUTHER ORDERED** that Plaintiff's Motion for Right-To-Know [Doc. 40] is also **DENIED** as premature

**THUS DONE AND SIGNED** in Chambers on this 4th day of November, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE